## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| BRADLEY ROBBINS, MATTHEW GREEN, SAM HALL, JAMES HOUSE, JOHN RARY, KEITH FARR, JAMES COLUMBIA, THOMAS BRYANT, ANDREW HUBBARD, LARRY PATRICK, THOMAS BERNARD, GREGORY MARTIN, ANTHONY EDMONDS, GARY RUDOLPH, RICHARD REECE, KEVIN BRYANT, STEVEN LONG, JUSTIN DICKENS, ADAM HOOPER, KEVIN WINE, AND JACY BOOTH, Individually, and on behalf of all others similarly-situated, <br><br> Plaintiffs, <br><br> v. <br><br> FLOWERS FOODS, INC.; FLOWERS BAKING CO. OF BIRMINGHAM, LLC; FLOWERS BAKING CO. OF GADSDEN, LLC; FLOWERS BAKING CO. OF BARDSTOWN, LLC; FLOWERS BAKING CO. OF DENTON, LLC; FLOWERS BAKING CO. OF NEW ORLEANS, LLC; FLOWERS BAKING CO. OF BATON ROUGE, LLC; FLOWERS BAKING CO. OF OPELIKA, LLC; FLOWERS BAKING CO. OF BARDSTOWN, LLC; FLOWERS BAKING CO. OF BATESVILLE, LLC; FLOWERS BAKING CO. OF JAMESTOWN, LLC; FLOWERS BAKING CO. OF KNOXVILLE, LLC; FLOWERS BAKING CO. OF MORRISTOWN, LLC; FLOWERS BAKING CO. OF LYNCHBURG, LLC; and FLOWERS BAKING CO. OF LENEXA, LLC, <br><br> Defendants. | Case 1:19-cv-01021-STA-egb |

## ORDER SETTING HEARING ON THE PARTIES' JOINT MOTION FOR SETTLEMENT APPROVAL

1

Before the Court is the parties' Joint Motion for Settlement Approval filed on February 8, 2019. The Court hereby sets a status conference for Monday, February 25, 2019, 10:30 a.m., Courtroom 1, Jackson, Tennessee. The parties should be prepared to discuss the terms of their settlement and their proposal for court approval of the settlement and conditional certification of the collective action. The parties should also be prepared to discuss why it serves the interests of justice for this Court to approve the global settlement.

**IT IS SO ORDERED.**

        **s/ S. Thomas Anderson**
        S. THOMAS ANDERSON
        CHIEF UNITED STATES DISTRICT JUDGE

        Date: February 11, 2019