# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| MATTHEW GREEN, GERALD HALL, JAMES D. HOUSE, JOHN K. RARY, CAROLTON KEITH FARR, JAMES COLUMBIA II, KEVIN BRYANT, THOMAS ADAM BRYANT, STEVEN LONG, BRADLEY ROBBINS, ANDREW HUBBARD, LARRY PATRICK, THOMAS BERNARD, BRADLEY ROBBINS, GREGORY LEE MARTIN, ANTHONY WAYNE EDMONDS, GARY RUDOLPH, RICHARD LEWIS REECE JR., JUSTIN DICKENS, ADAM BEN HOOPER, KEVIN WINE, AND JACY BOOTH, on behalf of themselves and all others similarly-situated, </br></br>Plaintiffs,</br></br>v.</br></br>FLOWERS FOODS, INC.; FLOWERS BAKING CO. OF BIRMINGHAM, LLC; FLOWERS BAKING CO. OF GADSDEN, LLC; FLOWERS BAKING CO. OF BARDSTOWN, LLC; FLOWERS BAKING CO. OF DENTON, LLC; FLOWERS BAKING CO. OF NEW ORLEANS, LLC; FLOWERS BAKING CO. OF BATON ROUGE, LLC; FLOWERS BAKING CO. OF OPELIKA, LLC; FLOWERS BAKING CO. OF BATESVILLE, LLC; FLOWERS BAKING CO. OF JAMESTOWN, LLC; FLOWERS BAKING CO. OF KNOXVILLE, LLC; FLOWERS BAKING CO. OF MORRISTOWN, LLC; FLOWERS BAKING CO. OF LYNCHBURG, LLC, and FLOWERS BAKING CO. OF LENEXA, LLC,</br></br>Defendants. | No. 1:19-cv-01021-STA-egb |

**UNOPPOSED MOTION TO RESCHEDULE HEARING ON JOINT MOTION FOR SETTLEMENT APPROVAL**

On February 8, 2019, Plaintiffs filed the parties' Joint Motion for Settlement Approval. On February 11, 2019, the Court set a hearing on the Joint Motion for Monday, February 25, 2019. The parties have conferred regarding their availability for this hearing, and due to Defendants' counsels' need to travel to the hearing from out-of-state, the parties request that the Court reschedule the hearing for a date and time when the Court has availability on its calendar. The parties' counsel have conferred, and they are available on the morning of Wednesday, February 27, 2019. (While they are also available on the afternoon of Tuesday, February 26, they prefer the February 27 date.) Defendants have not sought this extension to unduly delay this case or for any other improper purpose. Because no scheduling order has issued, rescheduling the hearing on the parties' Joint Motion will not alter this case's trial date or any other deadlines. Instead, this extension will facilitate out-of-state counsel's travel to Jackson for the hearing. Furthermore, counsel for Plaintiffs have indicated that they do not oppose this Motion.

Accordingly, Defendants respectfully request that the Court grant their Motion and reschedule the hearing on the parties' Joint Motion for Settlement Approval for the morning of February 27, 2019 or, in the alternative, the afternoon of February 26, 2019.

| | |
|---|---|
| DATED: February 13, 2019 | Respectfully submitted, |

                                          OGLETREE, DEAKINS, NASH,
                                        SMOAK & STEWART, P.C.

Jonathan O. Harris (BPR # 21508)
401 Commerce Street, Suite 1200
Nashville, TN 37219
(615) 254-1900
(615) 254-1908 (Facsimile)
jon.harris@odnss.com

Audrey M. Calkins (BPR # 30093)
International Place, Tower II
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
(901) 767-6160
(901) 767-7411 (Facsimile)
audrey.calkins@odnss.com

**COUNSEL FOR ALL DEFENDANTS**

**FLOWERS FOODS, INC.; FLOWERS BAKING CO. OF BIRMINGHAM, LLC; FLOWERS BAKING CO. OF GADSDEN, LLC; FLOWERS BAKING CO. OF BARDSTOWN, LLC; FLOWERS BAKING CO. OF DENTON, LLC; FLOWERS BAKING CO. OF NEW ORLEANS, LLC; FLOWERS BAKING CO. OF BATON ROUGE, LLC; FLOWERS BAKING CO. OF OPELIKA, LLC; FLOWERS BAKING CO. OF BATESVILLE, LLC; FLOWERS BAKING CO. OF JAMESTOWN, LLC; FLOWERS BAKING CO. OF KNOXVILLE, LLC; FLOWERS BAKING CO. OF MORRISTOWN, LLC; FLOWERS BAKING CO. OF LYNCHBURG, LLC, and FLOWERS BAKING CO. OF LENEXA, LLC**