# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| BRADLEY ROBBINS, MATTHEW GREEN, SAM HALL, JAMES HOUSE, JOHN RARY, KEITH FARR, JAMES COLUMBIA, THOMAS BRYANT, ANDREW HUBBARD, LARRY PATRICK, THOMAS BERNARD, GREGORY MARTIN, ANTHONY EDMONDS, GARY RUDOLPH, RICHARD REECE, KEVIN BRYANT, STEVEN LONG, JUSTIN DICKENS, ADAM HOOPER, KEVIN WINE, AND JACY BOOTH, Individually, and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC.; FLOWERS BAKING CO. OF BIRMINGHAM, LLC; FLOWERS BAKING CO. OF GADSDEN, LLC; FLOWERS BAKING CO. OF BARDSTOWN, LLC; FLOWERS BAKING CO. OF DENTON, LLC; FLOWERS BAKING CO. OF NEW ORLEANS, LLC; FLOWERS BAKING CO. OF BATON ROUGE, LLC; FLOWERS BAKING CO. OF OPELIKA, LLC; FLOWERS BAKING CO. OF BARDSTOWN, LLC; FLOWERS BAKING CO. OF BATESVILLE, LLC; FLOWERS BAKING CO. OF JAMESTOWN, LLC; FLOWERS BAKING CO. OF KNOXVILLE, LLC; FLOWERS BAKING CO. OF MORRISTOWN, LLC; FLOWERS BAKING CO. OF LYNCHBURG, LLC; and FLOWERS BAKING CO. OF LENEXA, LLC,<br><br>Defendants. | Case 1:19-cv-01021-STA-egb |

## ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE HEARING ON JOINT MOTION FOR SETTLEMENT APPROVAL

Before the Court is all Defendants' Unopposed Motion to Reschedule Hearing on Joint Motion for Settlement Approval. For good cause shown and without opposition, Defendants' Motion is **GRANTED**. The status conference is hereby reset for Tuesday, February 26, 2019 at 1:30 p.m., Courtroom 1, Jackson, Tennessee.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: February 13, 2019