UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **MATTHEW GREEN, ET AL.,** | JUDGMENT IN A CIVIL CASE |
|     Plaintiffs, | |
| vs. | |
| **FLOWER FOODS, INC., ET AL.,** | CASE NO: 19-1021-STA-jay |
|     Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Action entered on March 14, 2019, this cause is hereby DISMISSED with prejudice and all claims released in the Settlement Agreement and Claim Form and Release shall be so released.

                                                APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 3/15/2019                    THOMAS M. GOULD
                                                **Clerk of Court**

                                                s/Maurice B. BRYSON

                                                (By)  Deputy Clerk